# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 7, 2025

*By the Court:*

| Nos. 24-3060, 24-3061, 24-3062, & 24-3063 | CALEB BARNETT, et al., <br>         Plaintiffs - Appellees <br><br> v. <br><br> KWAME RAOU, et al., <br>         Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court Nos: 3:23-cv-00209-SPM, 3:23-cv-00141-SPM, 3:23-cv-00192-SPM, 3:23-cv-00215-SPM <br> Southern District of Illinois <br> District Judge Stephen P. McGlynn ||

Upon consideration of the **PLAINTIFFS-APPELLEES' MOTION TO SET A BRIEFING SCHEDULE**, filed on April 4, 2025, by counsel for the appellees,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing is reset as follows:

1. The brief and required short appendix of the appellants are due by May 7, 2025.

2. The briefs of the appellees are due by June 6, 2025.

3. The reply brief of the appellants, if any, is due by June 27, 2025.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)